In the Matter of the Application of BECKIE ROGOVIN for Payment of an Award in the Proceeding for Acquiring Title by THE CITY OF NEW YORK to Premises

Bounded by Tilden Avenue, East Fifty-seventh Street, Beverly Road and East Fifty-ninth Street, etc., in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes.— Motion to refer to an official referee granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.